Do you want me to change the date? You can even stay where you are if you want. Go ahead and switch. Okay, Mr. Adams. Good morning, Your Honor, Your Honors. May I please the Court? I'd like to focus my time on the two dependent claims that the Board allows. Those two claims we submit should have been rejected, and that the Board made an error in claim construction, an error of law in deciding that the multiplexer that was disclosed in Foxanianu was somehow different and didn't satisfy the claim language. And specifically, the Board looked beyond the claim language to require also that the multiplexer be, quote, disclosed to support changing over between switching networks for data transfers having real-time properties. And that's in the Board's opinion at page 42. And I'd like to just briefly walk through the claim language and then kind of put side-by-side what's in the 902 patent and what's in Foxanianu and show you that, in fact, the multiplexer in both instances and what's claimed is just your basic, classic multiplexer. It takes multiple incoming lines and puts them on a single outgoing line to the line-switching network. And that's shown in Figure 4 of the 902 patent. But let me first look at the claim language of 84. Both of the two dependent claims, I think, can be considered the same for our purposes. And both 84 and 104, which are the independent claims, I'm sorry, 84 and 102, require a switching apparatus for switching data packets from multiple origin end terminals. So we're talking about a claim in which there's more than one end terminal. And that switching apparatus has a line-switching device for establishing line communications through a line-switching network, which might be something like the ISDN or the public, regular public telephone network. And then also a control device for controlling the line-switching device and changing over to line-switching transfer. The actual claim language of the dependent claim was the switching apparatus is claimed in Claim 84, wherein the line-switching device, so just the line-switching device we're talking about here, includes a multiplexer device for multiplexing data of several origin end terminals over a single line connection through the public telephone network or the line-switching network. Now in our blue brief, our appeal brief at page 9, is figure 4 of the 902 patent. And if you look at the figure, it discloses the switch. And it shows multiple devices that can submit data into the switch. And the data goes into something called this change control unit. It's 711 in the figure. And from there, the data either goes to a line-switching device, which is 73, or to a packet-switching switch, which is 72. And the multiplexer is 732 within 73, right? That's right. So if there is any kind of changeover to be made in data that's coming in through the switch in figure 4, the changeover is already made by the time it gets to the line-switching device. And also the switch is designed to handle other devices that might just send data out through the line network. So you could have data from multiple devices going through the 73, the line-switching device. And is your argument that, well, not only does the patent not disclose the multiplexer used to do the changeover, but also is part of your argument that figure 8 of Foscano is virtually identical to figure 4 of the patent, namely that the multiplexer in figure 8 of Foscano appears almost in the identical location? Exactly. Exactly. And the only purpose of the multiplexer in both of these things is just to take data from more than one device that's going through the line-switching and put it out on a single line. And that's shown both directly in figure 4. I'm no expert, but I couldn't even figure out how a multiplexer could have possibly been used in the packet-switching portion of this. I don't think of packet-switching utilizing a multiplexer in any set of circumstances. There's really no dispute about what a multiplexer is. It's on a line-switching device. It's classically used in an ISDN line-switching connection where you have multiple channels in which you have many communications going at the same time. Now, some of those communications may be packet-switched, and that's a different question. But the multiplexer, even the government agrees, you know, it's got a standard definition. So all that the claim requires is basically the addition of a multiplexer to allow more than one device to signal out over a line-switch. Now, I also point the court to column 5, 19-31 of the 902 patent, which talks about how in the ISDN, it was known that these multiple channels were available, and the multiplexer is to kind of make use of them by sending out multiple communications over a single line-switching device. So when the board concluded that Folksaniana didn't disclose enough, in fact, it disclosed exactly what's claimed, and that's our point. And then the board made the statement that it certainly may be obvious to use a multiplexer, and I submit that that evidence fully supports that it is because the multiplexers are all over the art in this particular context for sending more than one connection over the line-switching device. And the board said in its opinion at 42, the requester may be correct in including that a multiplexer in the system of combining Folksaniana and Jonas could be obvious. And TELUS doesn't really, or SSBG, doesn't really dispute that. They don't attack that. They're just saying that Folksaniana doesn't disclose the multiplexer when, in fact, it does. So the other point I'd like to make before I'm going to reserve the rest of my time is I agree with the government that the mail doesn't change the standard that's applied here for claim construction. And for the rest of the 902 arguments, they're arguments against the rejection of the other claims, all of which were based on Jonas and then three other pieces of art, including Yoshida, which is nearly all of them, that clearly show a mid-connection changeover. Is this part of your appeal? It's part of my response to theirs, but I can reserve it until later. Whatever, I'll sit down and reserve it. But the claim constructions were correct. There is no new standard, and that's our basic position. I'll address it then. Okay. Unless there's any further questions. Thank you, Mr. Downs. Thank you. If I could say a few preliminary remarks. First of all, yes, Mr. Downs is correct. Our legal argument and where we allege legal error is the same as in the prior appeal. And as in this, the two patents, of course, that are involved in the two appeals are related to each other. They share the same specification and priorities. We do think that there are differences here. There are anticipation rejections that were accepted as opposed to anticipation, and the priority is a little bit different. So we do think there are differences. Please allow me a second then to talk about Claims 91 and 104, because in this case we do believe that the board was correct. And please allow me to direct your attention to the 902 patent claim, column 11, lines 6 through 12 or 13, which actually specifically talk about this multiplex device. And it's very specific in what this does. Multiplexing is a quote-unquote standard thing, but it's not standard in these kind of communication devices at all. And that what we're doing here is a typical multiplexer takes several lines into the device and then takes one of those lines and puts it on another line. So all it is is basically taking it and routing one of the lines. What we're doing is different. And as claim at column 11. That may be true that what you're doing is different from what a multiplexer does, but why is adding a multiplexer to what you have here not obvious? Because it's an entirely new use of the multiplexer. What's the new use? The new use is that we're taking several lines into the multiplexer and we're taking all of those signals that are coming in and creating one channel with different bands of communications data. And that's different. What Cisco would like to argue is that all of the lines go in and therefore you just have one line coming out and that's it. But when you take a look at what the claim language specifically says and what this says in column 11 where it says the data of several channels in this way multiplexed on one data channel. So you have many lines coming in, but then you have one line coming out. But that line uniquely and novelly has several bands of data, several channels on it. And that's what's different here. I don't understand. Okay. Why isn't it possible to add a multiplexer to what you have here? Because it's not impossible to do a multiplexer, but for the multiplexer to do what the claim says is actually novel and unique. Well, what does the claim say it's supposed to do? Well, the claim says specifically that let's take a look at claim 91. Claim 91 says for multiplexing data of several origin end terminals over a single line connection through a line switching network. So what they're doing is what we're saying is that the single line coming out has different bands of data on it at the same time. Where does it say that in claim 91? Where it says multiplexing data all the way over a single line connection. Right. Okay, multiplexing data, so taking a bunch of data and putting it on a single line. Right, at the same time. That's what we're saying. But I don't understand how, I mean, all of the specification that you pointed to is a description of figure 4. Figure 4 shows the multiplexer at 732 in the line switching network portion of the device and seems to be almost identical to Fox-Taniano. I don't follow what it is that you think the multiplexer has to do that isn't disclosed in Fox-Taniano. Well, because our contention is column 11, lines 6 to 13 describe a multiplexer operation that's different than Fox-Taniano. What does the multiplexer have to do with this switchover from packet switch network to a line switch network? That's a good question, Your Honor. What this device does is this apparatus doesn't just take a look at one call. It handles many calls at the same time. So what it does is it has to have the capability of taking, in case there's many problems with many calls, and putting them over this line switching network. And therefore, there has to be some retooling of the packets, of the line switching network, by having many of these switched over packet switching lines onto the line switch because of the potential volume. I have no idea what you just said and how it bears on a multiplexer that your figure shows at basically the output of the line switching network. How does that multiplexer in this figure have anything to do with the switchover? It's shown after 731, after all the switchover technology, at the end of the output. So how does it have anything to do with switching from packet to line? Well, because once things are switched over, you have to deal with them somehow. But once they're switched over. Once they're switched over. The problem is the board actually found that it didn't support changing over between switching networks for data transfer, having real time. And I guess I'm having trouble understanding how that is a component of a multiplexer, which the figure demonstrates at the end of the line switching network. I have to go back to the same discussion, Your Honor, about column 11 and what the function is. But don't you agree that column 11 by its own language is a description of what appears in figure 4? I don't know. So you can't give the multiplexer a function that it physically can't do based on where it's located in the circuit? Our contention is that the multiplexer has a novel and different function than had ever been described before in the prior. We also talk, Your Honor, in the briefs about the concept of changeover and control signal. That's basically the same arguments as we have had before. And therefore, we believe that all of that discussion should apply here as well. Thank you. Thank you, Mr. Connolly. Any other questions? No. Yeah, I guess I'll go ahead and discuss this multiplexer issue. I think you've got a problem with what the board did here. Okay. Let me see if I can explain. The board seemed to think that there was some requirement that the multiplexer support the changeover. And as you've heard, I think we're having difficulty seeing where that is in the specification of the claims. Okay. Well, let me, I guess there's sort of three issues going on here. And let me begin by sort of giving you a backdrop to sort of what went on during reexamination. There were two S&Qs raised. While you're doing that background, explain something to me, okay? Okay. 91 and 104 descend from 84 and 100, right? Yep. And the board found those 84 and 100 are anticipated by Jonas, right? Correct. Okay. As a matter of law then, Jonas discloses each and every element of 84 and 100. Okay. If it could be obvious to add a multiplexer to Jonas, then it would be equally obvious to add a multiplexer to 84 and 100, right? Well, and I'm going to get to why I think it's not obvious. And there was, in Jonas, there's no multiplexer, obviously. There's no teaching of a multiplexer. And the only... You see where I'm going with the problem I have with that. Right. Well, let me get to what went on, I guess, at the beginning. And then I'll explain sort of why I think the multiplexer is not obvious. But there are sort of three issues that are being raised, I think, by Cisco. And one is this claim construction issue, which we submit that because they're dependent on claims 84 and 100, that the multiplexer would have to be able to function in the context of the overall switch, which has a line switching network, a packet switching network, and as well the changeover control device. They're also sort of making arguments underlying this that... It has to function in this system, right? It's a piece of structure added to the system, so certainly it has to do something. But the question is why... Let's go back to Judge Stike's question, because I really think that that's the heart of what we need an answer to, which is why does the multiplexer have to support changeover between switch networks for data transfer having real time? The board seems to have interpreted it as the multiplexer has to be in the switchover, the actual switchover, the packet to line portion. That seems to be what the board required by that language, and quite frankly I'm having difficulty seeing how the 902 patent at all discloses that. No, I think what the board is saying is that the multiplexer has to be able to coordinate with the changeover device. And the way a multiplexer sort of works, you're basically out of the box multiplexer. Typically it will take lines and divides up the time and will alternate between. They'll use one line for all of these connections, all of these committed connections, which is what's taught in Folks No New. Folks No New has no teaching of changing over mid-connection. They're committed lines, and it sort of alternates from this one to this one, this one, like a split second for each one, and then goes back and starts over and keeps going. And I think what the board is, and what the examiner was concerned with, now we're not in that environment in this invention. Why not? Based on figure four and where the multiplexer is located in the picture. Well, it doesn't matter where the multiplexer is. No, but it does, because it's not located within the changeover portion from packet to line. It's located post-line portion. It's located at the end of the process when you've got the lines coming out at the end. The lines are going in, but those lines, as in the specification, they teach that those lines can change at any time to packet switching, given the existing conditions. And that's where the problem lies. You have a multiplexer that's alternating between lines, and then it comes around, and oops, this one's gone off to packet switching. It's waiting for it, and it's not there. Oh, so the multiplexing has nothing to do with packet switching? Right. It's only involved in the lines. So if you get connections that are taking off and going over to packet switching, then the multiplexer, a typical multiplexer, wouldn't be able to account for this and operate. What we see in 902 patent, and I take you to column 11, at the bottom it talks about how the line switching device is sending control commands. Can you tell me what line? I'm sorry, down at the bottom of, I'm sorry, I got the wrong column. That's the problem. Column 10, starting at around 61, and continuing over on column 11, but it talks about how the multiplex device, which is 732, are sending control commands back and forth to the changeover unit. And we see that at those lines there at the beginning. It says the multiplex device of the line switching device, depending on the control commands of the changeover unit, will do the multiplexing. And then you go down and it talks again about according to the control. But you acknowledge that it says the multiplex device of the line switching device, 73, right? Yes, it's sitting in the line switching device, but it has to be able to coordinate with the changeover, so it has to know when it has, when the lines are coming and when they've gone off to packing so that it can account and not expect a line coming in there. So I think that if you look at lines, columns 10, 11, what you see is this is a much more sophisticated multiplexer than your usual standard multiplexer. It's a multiplexer that can respond and coordinate. It has to accommodate the changeover to packet switching, is what you're saying. Exactly. That's what I'm saying. And we don't have that in Folks No-No, because Folks No-No is working with committed things that are selected at the beginning of the call, the communication, and it knows that these things are there and it's doing multiplexing with these. And so that's where I think the difference is. I'm not sure that's what the board said. Well, the board, you know, didn't, the board in very short, I mean, you have to understand that there were a lot of rejections going on and the examiner went through, had like 200 pages of discussion of each and every limitation. The board and the examiner did go through and discuss why Folks No-No does not support changeover. I mean, you would have expected the board to say that it's complicated where you're switching back and forth between packet switching and line switching for the multiplexer to know and to go back to packet switching and to accommodate that. I don't understand what you're saying. I don't see that in the board decision. Well, what the board does say, I mean, I think it's essentially saying that much because the board is saying that the multiplexing disclosed in Folks No-No is not disclosed to support changing over between switching networks. And that's on page 43 of its decision. So it certainly is thinking in that line that this is a different environment. Once you get into a changing over environment where you're going back and forth between packet and line. But it doesn't explain to us why the different environment creates a problem of editing the multiplexer. It's not that you can't, well, you can put a multiplexer in, but the multiplexer is not going to be able to operate correctly in that environment. But it doesn't say that is the problem. It doesn't say that expressly? I think in so many words it does, but yes, it didn't come out and go to that in that kind of detail. But I think that is the essence of what the board is trying to say. You're hinging your entire argument, as best as I can tell, on the words depending on the control commands in the specification because there's no other support for what you're saying. And then I have to accept as part of that argument that when it says depending on the control commands, it is the changeover commands as opposed to simply a binary now it's time to output data command to the multiplexer. Is that right? Is that what I have to read into this specification in order to get where you're going? I don't think you have to read anything into the specification. I mean, I think simply. No, but you're interpreting the word depending, everything. Am I wrong? Does your entire argument hinge on depending on the control commands? That's the only way you get where you just said you wanted to go, which was to pull the multiplexer into the support, right? I think you need to have a multiplexer that can coordinate with the changeover, which is what is depicted in Figure 1. But couldn't it coordinate by virtue of simply receiving a command from the control that says output data now? Wouldn't that be coordinating? It would, right? And under broadest reasonable construction, isn't that where you should have gone? But we don't even have any of that kind of thing. I mean, we don't have that in Folk's NuNo. We also don't have any. What do you mean you don't have it in Fox's NuNo? In Folk's NuNo, we do not have any kind of changeover device. In their figure, there is no changing over going on. There's simply a line switching and a packet switching, and you pre-select which way you're going to go, and then you're committed to line switching. And then the multiplexer is operating in that environment, and this is very different. Well, Cisco doesn't agree with that, right? They view Fox's NuNo as showing dynamics, switching over. And I'd be happy to address that. Not only that, so basically I think you've acknowledged, and maybe I'm wrong, that the plain and ordinary definition of multiplexer would not generally require functionally a multiplexer that's capable of this level of coordination that you're describing, that they have deviated from the plain and ordinary meaning and through lexicography defined a well-known structural device in electrical engineering to be required to do more than what people would normally understand it to do, right? That's what you are saying now. Because you acknowledged in the beginning that this isn't a standard multiplexer, Your Honor. This isn't the way you normally think of multiplexers. I believe that was where you began your argument. No, I think what I'm saying is that this multiplexer is more sophisticated than what's in Fox's NuNo, and what the claim requires is that the multiplexer… Would an ordinary person assume a multiplexer has to do everything that you're saying this one has to do? Want a skill in the art, the word multiplexer? No. Plain and ordinary meaning. It's not. Multiplexer takes a bunch of lines in and puts one out. That's all it does, right? Construction of the term multiplexer was not an issue before the board, and that wasn't an issue. And what I'm saying is that the multiplexer… It could have been an issue. The board decided that the multiplexer as claimed is required to have an additional functionality above and beyond what the plain meaning would give it, and he says that functionality is an outgrowth of the specification. No, that functionality is an outgrowth of the claim, and the claim is to a switching apparatus that has within it… Which requires the multiplexer to coordinate with the control command. By mere virtue, the independent claims that have 84 and 100, which contain a packet switching network, a line switching network, and this changeover control device that is able to move between the two. So once you have that, then you need to have a multiplexer that can operate when changeover is going on. I don't understand. The claim that adds the multiplexer doesn't say anything about changeover at all. Why couldn't the multiplexer be the bell on the bicycle? But if the bicycle… If the claim was to a particular type of bicycle that did something in particular, which I can't think of exactly, where the bell wouldn't operate properly unless it… Why would the multiplexer not operate properly if it's on the tail end of the line switching network? Because the lines are just dropping…couldn't be dropping off and coming back at any time, and it needs to be able to operate when that's going on. It needs to be able to account for that and accommodate that. Tell us something about why Fox9 doesn't show dynamic switching during a telephone call. Fox9 is really…what Fox9 is about is to monitoring traffic on a network, and then based on that traffic, then configuring local access in response to that. But there is part of Fox9 that talks about dynamic switching, right? I think the one section that you're talking about is this description of… Figure 13, is that what you're referring to? I think so. What page is that on? On column 11, that's in A3441. Which volume? Volume 1. And what's the 31? 3441. 3441. Yeah. But I think…is that what you're… Yeah, it's on column 11, line 7, right? Yeah, and this section is talking about dynamically selecting, and again, it's all about selection. It's selecting a different network from the one that's prescribed in the user profile. That doesn't say anything about changing over in the middle of a connection. Now, to the extent it talks about quality of service, well, yes, this system will improve quality of service because you're monitoring the network continuously, and then you select based on what's going on in the… So, you're looking at the traffic overall, and then you're deciding how to select, pre-select at the beginning, and you see that repeatedly beginning at… In column 4, line 50, it talks about determining routing, appropriate routing prior to interfacing. On column 12, at line 32, it's like allocating bandwidth prior to originating the call, and even in the claim at column 15, claim 1, again, it talks… The second step is prior to interfacing, determining allocation. The whole invention is about selecting prior to interfacing, and there's nothing in the specification. There's not evidence to suggest otherwise. I mean, Cisco… It was Cisco's burden to come forward with an SNQ and to provide evidence to show both that folks know new… And secondly, that folks knew new… Had a multiplexer that would work in this switching apparatus, and if it was so obvious, they certainly could have come in with appropriate evidence, which they have not. Okay, thank you, Ms. Nelson. So, who do we hear from next? Mr. Downs? I'm prepared to go next. Did you make an arrangement if you arranged something different? No, we did not. Why don't you go ahead. All right. So, if I could just have one last statement about the multiplexer. The claim language is simple. It doesn't have any special function for that multiplexer. Whatever the specification says, it's not. It's your rebuttal. You don't limit yourself to one last statement. You can use it however you want. You want to spend the whole time on the multiplexer. No, I don't. I want to address the rest of the case, and first see if you have any questions. Before you go on to the rest of the case, talk about column 11 of the 910 patent. Column 11 of? Of the 910 patent of Fox-Saniana. Oh, Fox-Saniana. All right. So, you have to understand, Fox-Saniana, when you read it, there's a series of kind of cascading embodiments of increasing complexity. And an earlier one does talk about when you dial a number, it goes to this switch, and it makes a decision about, do I route it over the packet network, or do I route it over the line switch network? So, you're on the phone. You're waiting. The switch makes a decision. It tells you where to go. And it also does talk about, the second embodiment talks about, if in the middle of a call, somebody else calls in and wants to use or makes another call, the switch can decide to terminate the first call and route a new call over the bypass network either way. But when you get to this embodiment, at figure 13 embodiment, at column 11, you're talking about yet another level of complexity where when you have an ongoing packet switch call, a voice telephone call. How do we know it's referring to an ongoing call? Because the PTO is arguing that it doesn't refer to an ongoing call. It says here that the accesses column 11 lines 13 through 16, the access module can packetize voice in PAD and route voice traffic on a data network. So, it can do that. It can take a packet call and route it onto a data network, and the voice service is maintained by continuous monitoring of the transmission delay. So, it's talking about maintaining the quality of a call. And within a call, the only way you can maintain that quality if you experience delay is by means of changing over to a circuit switch call, which the Folksanianu switch is capable of doing. There's no doubt that it can take a call and change it over. And then, further on, at column 14, lines 13, in the paragraph starting at line 13. Why is voice service only able to be maintained if you switch it over? The quality? So, you've been on a call, Your Honor, I'm sure, on a cell phone where your voice quality gets bad, right? You can't, unless you change your connection, you know, it's just a bad connection. The only way you can maintain control, quality of service of an ongoing call, is by changing over, and that's kind of what... But you're just telling me that. What evidence is there to establish that? The problem is Folksanianu doesn't say that. It doesn't say, and therefore, you change over. So it doesn't actually have that link. And you're just telling me, well, this is the only way to do it. And, you know, your testimony is lovely, but it's not evident. Yeah, you know, I can't dispute that there's not a sentence in there that says, in the middle of a connection, we'll change over from one to the other. But that, I believe, is what a person of ordinary skill in the art would understand is meant by that passage, along with the other portions of the specification. I was starting to refer to column 14, where it talks about logical assignments in real time at the access module of services provider for alternate routing among available networks, and dynamic traffic load balancing, alternate routing. You know, all that thing is going on dynamically, and that's the language you hear in other cases, or the other prior art. And the column 13, line 42, it says, the access module also has the capability of providing conversion between packetized voice and PCM to allow for alternate routing. So there you have a packetized voice. It's being converted to PCM, which is the standard telephone line. So the capability is there. So our position below was, if it's not anticipated, folks, on the other hand, it was not anticipated, because it has everything else from all these claims. If it doesn't anticipate all the claims, then at least it would be obvious to just go that little extra step that's disclosed in Jonas, and change over in the middle of the call. And that we know how to do, because it's taught in Jonas, it's taught in Yoshida, it's taught in Matsukawa and Parisi, it's a well-known technique. And so it's ironic, I think you were saying, Judge Dyka, or I think maybe it was you, Judge Wallach, that the two claims that are not the multiplex, or the dependent claims to the multiplexers, the independent claim is already invalid, it's there. It would be really ironic if it's just a standard multiplexer somehow becomes a patentable invention when the old changeover is not. So if I then may turn to the... I think what the PTO is saying is that the multiplexer has to function when you have this changeover from packet switching to line switching and vice versa, and the multiplexer only works in the line switching network. But that's how it's disclosed in the actual 902 patent. It talks about really just you're taking multiple communications and putting them on one line. The claim says that the multiplexer is just in the line switch, and as Judge Moore has pointed out, I think you've noticed, is that the actual changeover occurs before it even gets to the multiplexer. So the multiplexer has nothing to do with the changeover, it's just something that happens right before the data goes out toward the network. I think it has nothing... I think the board was mistaken in suggesting that the line, that the multiplexer has something to do with achieving or supporting, as they put it, I think, the changeover, but I think what the PTO is now saying is something a little different, and it has to be able to accommodate the switching. If their suggestion... I mean, that's what you understand they'll be saying, right? Well, I understand they're saying that it's some kind of special multiplexer, really, and in fact that it has something unique about it, and that's not what the claim says. And I don't think also that's really what the specification said. The portion she pointed to talked about the multiplexer maybe responding to a control signal, but that's not in the claim. All the claim says is a multiplexer that's attached to a line switching device that takes several communications and puts them out on one network. That's all that's required. That's clearly done in Folksaniano, regardless of the changeover. Okay. Do you have more? Well, with respect to the rest of the case, I was hoping the government would stand up and say, we agree that all the claims were properly rejected by the board, and certainly that's our position. I don't think they're disavowing their brief. I won't go into it unless you have any questions, but I think the claim construction positions they've taken are just adding limitations. Should we be worried that they didn't sign them? No, I'm not worried. So unless you have questions, I will rest. Okay. Thank you. Oh, there was one thing I did want to correct. There was an error in our brief, which I noticed on rereading it. It related to, we said that in the SAP versus Versada case, this court affirmed the broadest reasonable interpretation, but actually it was the board, the patent board, not this court, and I just want to correct that error. But you have since reaffirmed that standard in several other cases. Thank you. Don't you hate when that happens? Yes, I do. First of all, please let me talk about the multiplexer again, because we do believe the patent office was correct and that I was not able to fully answer Judge Moore's question, but now I can. We believe that the claimed invention is about automatically changing over a telephone call without interruption. And in Claim 84, to which 91 depends, does talk about without interruption and does refer to a switching apparatus. Looking at Figure 2, Figure 4, yes, the 732 is the multiplexer, and this Figure 4 does show how the multiplexer supports this specific invention. 71 is the control signal module and 72 is the switch. When there is a control signal to switch over, it is possible for there to be multiple telephone calls that are switched over from the Internet to the line switching, which is the ISDN POTS circle on the right side. So multiple lines need to be switched at the same time. The changeover is processed by 71, and then all of the switch lines need to be handled by the MUX at the same time to achieve the without interruption quality of the switching. And without the multiplexer, the data could not be processed in real time and it is this unique multiplexer that... Your argument is there's something special about switching over the multiple lines that you have with a multiplexer as opposed to switching a single line? Yes, Your Honor, because that's how it supports the changeover. What are the records that suggest that? That's the same thing, Your Honor. We've been arguing that in the briefs before the Board and the interviews and ever since. What is there in the specification that says that? Well, the specification to me, to us, is what is specifically stated in Column 11, that the lines 6 through 13, Your Honor. Okay. Anything else? Yes, Your Honor. Just talking specifically a little bit more about the other prior art references. Three of the four prior art references, as we say in our briefs, Yoshida, Farise, and Matsukawa talk about ISDN access systems. They do not talk about and do not disclose an internet at all. And we believe that that's not correct, that the ISDN is different. ISDN has voice channels and a D channel and it's the contention of the Board that switching over from a voice channel to the D channel, which does not stand for data channel, it's a control channel, is switching. This doesn't sound like proper rebuttal because that's not something you argued. It goes to the argument as a whole, but we did talk about it in our brief. So if you believe that to be improper rebuttal, then I have nothing further, Your Honor. Thank you, Mr. Kaminsky. The case is submitted.